**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Ronald Swintek
                    Plaintiff,

v.                                     Case No.: 1:21−cv−03079
                                             Honorable Sharon Johnson Coleman

Thomas J. Dart, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 18, 2022:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 1/28/2022 at 9:15 a.m. by telephone. By 1/24/2022, parties shall file a Rule 26(f) status report with a proposed discovery schedule. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (888) 684−8852 and the access code is 7354516. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.